UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LAURA WEISS, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GRAND CAMPUS LIVING, INC., a Texas corporation, and ASPEN HEIGHTS MANAGEMENT COMPANY, LLC, a Texas limited liability company,<br><br>　　　　　　Defendants. | Cause No. 1:18-cv-00434 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), WILLIAM CHOSLOVSKY respectfully requests entry of an Order granting leave to appear pro hac vice for the purpose of appearing as counsel on behalf of GRAND CAMPUS LIVING, INC., a Texas corporation, and ASPEN HEIGHTS MANAGEMENT COMPANY, LLC, a Texas limited liability company, in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the State of Illinois, where I am admitted and in good standing. My admission date was November 11, 1994.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: 3-19-18

Respectfully submitted,

_____
William Choslovsky
Ginsberg Jacobs LLC
300 S. Wacker Drive, Suite 2750
Chicago, Illinois 60606
312-660-2202
Fax: 312-660-9612
wchoslovsky@ginsbergjacobs.com

## CERTIFICATE OF SERVICE

I certify that on **March 20, 2018** a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

| | |
|---|---|
| Eugene Y. Turin<br>McGuire Law PC<br>55 W. Wacker Drive, 9th Fl.<br>Chicago, Illinois 60601<br>Email: eturin@mcgpc.com | Frederick William Schultz<br>Greene & Schultz<br>520 N. Walnut Street<br>Bloomington, IN 47404<br>Email: fred@greenschultz.com |

_____
William Choslovsky
ARDC # 6224664
Ginsberg Jacobs LLC
300 S. Wacker Drive, Suite 2750
Chicago, Illinois 60606
312-660-2202
Fax: 312-660-9612
wchoslovsky@ginsbergjacobs.com