## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LAURA WEISS, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | No. 1:18-cv-00434-SEB-TAB |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | **MOTION TO APPEAR** |
| | ) | ***PRO HAC VICE*** |
| GRAND CAMPUS LIVING, INC., a Texas corporation, and ASPEN HEIGHTS MANAGEMENT COMPANY, LLC, a Texas limited liability company, REALPAGE, INC., a Delaware corporation, | ) ) ) ) ) ) | **FILED ON BEHALF OF ATTORNEY PETER C. MAGNUSON** |
| *Defendants.* | ) ) ) | |

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY PETER C. MAGNUSON

Lexi C. Fuson of the law firm Faegre Baker Daniels LLP, pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Peter C. Magnuson of Faegre Baker Daniels LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant RealPage, Inc., in the above-styled cause only.  In support of this motion, the undersigned states:

1.	The Certification of Peter C. Magnuson, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as **Exhibit A**.

2.	A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been delivered to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an

Order granting Peter C. Magnuson leave to appear *pro hac vice* for purposes of this cause only.

Dated: August 29, 2018                              Respectfully Submitted,

                                                    /s/ *Lexi C. Fuson*
                                                    J. Joseph Tanner (#11856-49)
                                                    Lexi C. Fuson (#34022-49)
                                                    FAEGRE BAKER DANIELS LLP
                                                    300 North Meridian Street, Suite 2700
                                                    Indianapolis, Indiana 46204
                                                    Telephone: (317) 237-0300
                                                    Facsimile: (317) 237-1000
                                                    E-Mail:  joe.tanner@FaegreBD.com
                                                    E-Mail:  lexi.fuson@FaegreBD.com

                                                    Erin L. Hoffman (MN # 0387835)
                                                    FAEGRE BAKER DANIELS LLP
                                                    2200 Wells Fargo Center
                                                    90 South Seventh Street
                                                    Minneapolis, MN 55402
                                                    Telephone: (612) 766-8043
                                                    Facsimile: (612) 766-1600
                                                    E-Mail:  erin.hoffman@FaegreBD.com

                                                    *Attorneys for RealPage, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2018, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants to receive service.

/s/ *Lexi C. Fuson*