Dismissal without prejudice acknowledged.
JRS, DJ, 10/21/2019
Distribution to all parties of record via CM/ECF.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

| | |
|---|---|
| LAURA WEISS, individually and on behalf of a class of similarly situated individuals,   )<br>)<br>)<br>*Plaintiff*,   )<br>)<br>v.   )<br>)<br>GRAND CAMPUS LIVING, INC., a Texas corporation, and REALPAGE, INC., a Delaware corporation,   )<br>)<br>)<br>)<br>*Defendants*.   ) | No. 1:18-cv-00434-JRS-TAB<br><br>Hon. James R. Sweeney II<br><br>Magistrate Judge Tim A. Baker |

## STIPULATION TO DISMISS

NOW COME Plaintiff Laura Weiss, and Defendants Grand Campus Living, Inc. and RealPage, Inc., by and through their respective attorneys, and pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs.  Plaintiff's putative class claims are dismissed without prejudice and without costs.

Dated: October 11, 2019

Respectfully submitted,

/s/ Eugene Y. Turin

Eugene Y. Turin, Esq.
One of Plaintiff's Attorneys

Fred Schultz
GREENE & SCHULTZ
520 North Walnut Street
Bloomington, IN 47404
Tel: (812) 336-4357
Fax: (812) 336-5615
fred@greeneschultz.com

Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002